**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No.: 15-60029-Civ-COOKE/WHITE**

JOHNNIE LEE SCOTT, JR.,

     Plaintiff

vs.

STATE OF FLORIDA, *et al.*,

     Defendants.

_____/

### ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

THIS MATTER was referred to the Honorable Patrick A. White, United States Magistrate Judge, pursuant to 28 U.S.C. § 636(b)(1)(B) and Administrative Order 2003-19 of this Court, for a ruling on all pre-trial, non-dispositive matters and for a Report and Recommendation on any dispositive matters (ECF No. 3).  On February 26, 2015, Judge White issued a Preliminary Report of Magistrate Judge (ECF No. 7) recommending that Plaintiff's Complaint Under the Civil Rights Act, 42 U.S.C. § 1983 (ECF No. 1) be dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) for failure to state a claim upon which relief may be granted.  Plaintiff did not file any objections to Judge White's Report and the time to do so has passed.

I have considered Judge White's Preliminary Report of Magistrate Judge, Plaintiff's Complaint, the relevant legal authority, and have made a *de novo* review of the record.  I find Judge White's Preliminary Report of Magistrate Judge clear, cogent, and compelling.  Accordingly, it is **ORDERED and ADJUDGED** that Judge White's Preliminary Report of Magistrate Judge (ECF No. 7) is **AFFIRMED and ADOPTED**.  Plaintiff's Complaint Under the Civil Rights Act, 42 U.S.C. § 1983 (ECF No. 1) is **DISMISSED**.  The Clerk shall **CLOSE** this case.  All pending motions, if any, are **DENIED** *as moot*.

     **DONE and ORDERED** in Chambers at Miami, Florida, this 25TH day of March 2015.

MARCIA G. COOKE
United States District Judge


Copies furnished to:
*Patrick A. White, U.S. Magistrate Judge*
*Johnnie Lee Scott, Jr.*, pro se
*Counsel of Record*