```
Court Name: SOUTHERN DISTRICT OF FLORIDA
Division: 1
Receipt Number: FLS100178603
Cashier ID: vthomas
Transaction Date: 12/27/2018
Payer Name: OFFICE OF THE SHERIFF
--------------------------------
PLRA CIVIL FILING FEE
 For: JOHNNIE LEE SCOTT, JR.
 Case/Party: D-FLS-0-15-CV-060029-001
 Amount:        $50.25
--------------------------------
PAPER CHECK CONVERSION
 Check/Money Order Num: 22473
 Amt Tendered:  $50.25
--------------------------------
Total Due:      $50.25
Total Tendered: $50.25
Change Amt:     $0.00
```

Returned check fee $53

Checks and drafts are accepted
subject to collection and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.